# Kate Sedey

| | |
|---|---|
| **From:** | Kate Sedey |
| **Sent:** | Friday, March 6, 2020 1:39 PM |
| **To:** | Roeser, Tom |
| **Subject:** | Monica Winkelman - Rights to Sue |
| **Attachments:** | Kate Sedey.vcf; EEOC Charge - Complete (Continental).pdf; EEOC Charge - Complete (Infinity).pdf; Appearance.pdf; EEOC RTS - Continental 1.31.2020.pdf; EEOC Investigative File Request - Infinity 2.5.2020.pdf |

Dear Mr. Roeser:

I would like to request that the notice of right to sue be issued in relation to the charges which I filed on behalf of my client, Monica Winkelman, against Infinity Healthcare Management of Illinois and Continental Rehabilitation and Nursing Center. I have attached copies of those charges, which were originally filed with the EEOC, as well as my appearance and copies of the Notices of Right to Sue which the EEOC issued. Please let me know if there are any forms or other documents you need me to complete to issue the rights to sue from the IDHR. I appreciate your assistance with this.

Very truly yours,

Kate Sedey



*PLEASE NOTE THAT AS OF JANUARY 1, 2020, OUR FIRM NAME, WEBSITE, AND EMAIL ADDRESSES HAVE CHANGED.

To visit our blog go to blog.caseandsedey.com

   Click here to visit our Facebook page. Once there, "Like" us to receive regular employment law updates.

   Click here to follow us on Twitter.

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.