# Kate Sedey

| | |
|---|---|
| **From:** | Kate Sedey |
| **Sent:** | Monday, September 28, 2020 4:53 PM |
| **To:** | Roeser, Tom |
| **Subject:** | RE: Monica Winkelman - Rights to Sue |
| **Attachments:** | EEOC RTS - Continental 1.31.2020.pdf; EEOC RTS - Infinity 1.31.2020.pdf |

I have attached both notices of right to sue here. Sorry if I omitted one in my original note.
Best,
Kate

**From:** Roeser, Tom <Tom.Roeser@Illinois.gov>
**Sent:** Monday, September 28, 2020 4:48 PM
**To:** Kate Sedey <KSedey@caseandsedey.com>
**Subject:** RE: Monica Winkelman - Rights to Sue

Ms. Sedey

Please send the Notice of Right to Sue for EEOC charge number 440-2019-06345/Winkelman v Infinity Healthcare Management for the Department to review your request.


Thomas F. Roeser
Coordinator- Pre-Investigations Unit

**From:** Kate Sedey <KSedey@caseandsedey.com>
**Sent:** Monday, September 28, 2020 4:06 PM
**To:** Roeser, Tom <Tom.Roeser@Illinois.gov>
**Subject:** [External] RE: Monica Winkelman - Rights to Sue

Yes please. Thank you very much for your prompt response.
Best,
Kate

**From:** Roeser, Tom <Tom.Roeser@Illinois.gov>
**Sent:** Monday, September 28, 2020 3:47 PM
**To:** Kate Sedey <KSedey@caseandsedey.com>
**Subject:** RE: Monica Winkelman - Rights to Sue

Ms. Sedey

In reviewing your request, the Department notes that the only Notice of Right to Sue it received from you corresponds to EEOC Charge no. 440-2020-00021/Winkelman v Continental Nursing and Rehabilitation Center LLC. Your earlier e-mail referred to more than one Notice. Did you intend to submit a Notice for EEOC charge number 440-2019-06345/Winkelman v Infinity Healthcare Management as well?

Thomas F. Roeser
Coordiantor- Pre-Investigations Unit

**EXHIBIT 3**

**From:** Kate Sedey <KSedey@caseandsedey.com>
**Sent:** Monday, September 28, 2020 1:00 PM
**To:** Roeser, Tom <Tom.Roeser@Illinois.gov>
**Subject:** [External] FW: Monica Winkelman - Rights to Sue

Good afternoon, Mr. Roeser:
I am follow up on my request below.  I have not yet received any documents allowing me to opt out of the IDHR investigation and proceed with Ms. Winkelman's state law claims.  Can you please have the agency send me those forms?
Thank you very much,
Kate Sedey

**From:** Kate Sedey
**Sent:** Friday, March 6, 2020 1:39 PM
**To:** Roeser, Tom <Tom.Roeser@Illinois.gov>
**Subject:** Monica Winkelman - Rights to Sue

Dear Mr. Roeser:
I would like to request that the notice of right to sue be issued in relation to the charges which I filed on behalf of my client, Monica Winkelman, against Infinity Healthcare Management of Illinois and Continental Rehabilitation and Nursing Center.  I have attached copies of those charges, which were originally filed with the EEOC, as well as my appearance and copies of the Notices of Right to Sue which the EEOC issued.  Please let me know if there are any forms or other documents you need me to complete to issue the rights to sue from the IDHR.  I appreciate your assistance with this.
Very truly yours,
Kate Sedey



*PLEASE NOTE THAT AS OF JANUARY 1, 2020, OUR FIRM NAME, WEBSITE, AND EMAIL ADDRESSES HAVE CHANGED.

To visit our blog go to blog.caseandsedey.com

   Click here to visit our Facebook page.  Once there, "Like" us to receive regular employment law updates.

   Click here to follow us on Twitter.

THE INFORMATION CONTAINED IN THIS EMAIL COMMUNICATION IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE. This message may be an Attorney-Client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient,

you are hereby notified that you have received this communication in error, and that your review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please destroy this transmission and notify us immediately by telephone and/or reply email.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.